Anna Guglielmo, as Administratrix of the Estate of Michael Guglielmo, Deceased, Respondent, *v.* Church Engineering Corporation, Appellant, Impleaded with Others.

(Argued November 24, 1931; decided January 5, 1932.)

*Clarence E. Mellen* and *Bernard J. Vincent* for appellant. *Milton M. Gettinger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.